# United States District Court
## Violation Notice
(Rev. 1/2020)

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VA19 | E2274803 | Anderson | 92 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 15/Dec/24 04:46 | 18.2-266 |

Place of Offense

Washington Blvd + Main Gate #1

Offense Description: Factual Basis for Charge    HAZMAT ☐

Driving under the Influence of Alcohol.

W/M/NH/Army E-4/368 SOC/27

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Vogel | Justin | D |

Street Address

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 552-ASF | SC | 21 | Toyota | | White |

### APPEARANCE IS REQUIRED

☑ If Box A is checked, you must appear in court. See instructions.

MANDO

### APPEARANCE IS OPTIONAL

☐ B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$   Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

$   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | |
|---|---|---|
| 600 Granby Street | 20/Dec/24 | |
| Norfolk VA, 23510 | Time 09:00 | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

CVB SCAN 12/30/2024 15:27

I state that on **15 Dec**, 20 **24** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

While Conducting gate ops I was notified by PFC Trombley that Sgt Hopson was behind a white in color Toyota Corolla that was failing to Maintain it's lane and the vehicle was heading towards FT Eustis. I observed the vehicle coming towards the main gate bearing South Carolina Registration. The vehicle came to a complete stop at the gate and I made contact with the driver. I noticed the driver had blood shot Red eyes and the drivers eyes were also glossy. I asked how the driver was doing and as he was talking I noticed a strong odor of alcoholic beverage coming from his breath. The driver also had slurred speech. I initiated a stop and identified the driver as Spc Justin David Vogel VIA his dod cac card. I the asked Spc Vogel to turn the vehicle off and step out. I called up to the desk that this is a possible DUI. I then conducted 3 SFST Tests on Spc Vogel. Spc Vogel kept stating that he only here to visit a friend and wanted to get a hotel room at the General Smalls Inn. The 3 Test were conducted with LT Hernandez assistance and Spc Vogel Failed all 3 Test. Spc Vogel agreed to take the PBT Test were he blew a 0.195% BAC. He was placed under arrest and was transported to the PSO for processing.

The foregoing statement is based upon:

☒ my personal observation    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **12/15/2024** _____

Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident